# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:  Chapter 7
In re:                                                     :
                                                           :  Case No. 20-11169 (LSS)
INTEGRAMED HOLDING CORP., *et al.*,                        :
                                                           :  (Jointly Administered)
                                            Debtors.[1]    :
                                                           :  **Re: Docket No. 389**
---------------------------------------------------------- x

## AMENDED NOTICE OF APPEAL

Fertility NewCo, LLC ("FNC"), as secured creditor and purchaser of assets in these Chapter 7 cases, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Denying, In Part, Trustee's Motion to Extend Time to Assume or Reject Executory Contracts* (Docket No. 389) (the "Time to Extend Order"). A copy of the Time to Extend Order, entered on October 1, 2020, is attached hereto as Exhibit A. The transcript of the hearing held on September 30, 2020, referenced in the Time to Extend Order, is attached hereto as Exhibit B.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS) (the "Debtors").

The parties to the Time to Extend Order, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| **Appellant** | |
| --- | --- |
| **Fertility NewCo, LLC** | **MCDERMOTT WILL & EMERY LLP** <br> Maris J. Kandestin (Del. Bar No. 5294) <br> The Nemours Building <br> 1007 North Orange Street, 4th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 485-3900 <br> Email: mkandestin@mwe.com <br><br> Andrew B. Kratenstein (admitted *pro hac vice*) <br> 340 Madison Avenue <br> New York, NY 10173-1922 <br> Tel: (212) 547-5695 <br> Email: akratenstein@mwe.com <br><br> **-and-** <br><br> **ROPES & GRAY LLP** <br> Gregg M. Galardi <br> 1211 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (212) 596-9000 <br> Facsimile: (212) 596-9090 <br> E-mail: gregg.galardi@ropesgray.com |

| **Appellees** | |
| --- | --- |
| **Idaho Center for Reproductive Medicine, P.C.** <br> **Idaho Reproductive Labs, Inc.** | **THE ROSNER LAW GROUP LLC** <br> Scott James Leonhardt, State Bar No. 4885 <br> 824 Market Street, Suite 810 <br> Wilmington, DE 19801 <br> Telephone: (302) 319-6301 <br> Email: leonhardt@teamrosner.com <br><br> **-and-** |

| | |
|---|---|
| **Reproductive Partners Medical Group, Inc.**<br>**Utah Fertility Center, P.C.**<br>**Coastal Fertility Specialists, LLC**<br>**Nevada Reproductive Labs, Foulk & Whitten Nevada Center for Reproductive Medicine, P.C.**<br>**Seattle Reproductive Medicine, Inc.**<br>**Reproductive Partners Medical Group – La Jolla, Inc.**<br>**Center for Reproductive Medicine, P.A.** | **HOLLAND & HART LLP**<br>Robert A. Faucher (admitted *pro hac vice*)<br>800 W. Main Street, Suite 1750<br>P.O. Box 2527<br>Boise, ID 83701-2527<br>Telephone: (208) 342-5000<br>Facsimile: (208) 343-8869<br>E-mail: RFaucher@hollandhart.com<br><br>**THE ROSNER LAW GROUP LLC**<br>Scott James Leonhardt (DE #4885)<br>Jason A. Gibson (DE #6091)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 319-6301<br>E-mail: leonhardt@teamrosner.com<br>          gibson@teamrosner.com<br><br>-and-<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>James C. Bastian, Jr. (admitted *pro hac vice*)<br>Ryan D. O'Dea (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 427-1654<br>Facsimile: (949) 340-3000<br>E-mail: jbastian@shulmanbastian.com<br>          rodea@shulmanbastian.com |
| **Trustee**<br><br>**Jeoffrey L. Burtch** | **COZEN O'CONNOR P.C.**<br>Mark E. Felger<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 295-2013<br>Email: MFelger@cozen.com<br><br>-and- |

3

|  | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Sean T. Greecher <br> Rodney Square, 1000 N. King Street <br> Wilmington, D 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (208) 343-8869 <br> E-mail: bankfilings@ycst.com |
|---|---|

| | |
|---|---|
| Dated: October 8, 2020<br>Wilmington, Delaware | **McDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (Del. Bar No. 5294)<br>The Nemours Building<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>E-mail: mkandestin@mwe.com<br><br>Andrew B. Kratenstein (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173-1922<br>Email: akratenstein@mwe.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br><br>*Counsel for Fertility NewCo, LLC* |