**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re: :
:
FERTILITY NEWCO, LLC., :
:
        Appellant, :
:
        v. :
:   C.A. No. 20-cv-01368 (RGA)
IDAHO CENTER FOR REPRODUCTIVE :
MEDICINE, P.C., :
IDAHO REPRODUCTIVE LABS, INC., :
REPRODUCTIVE PARTNERS MEDICAL :
GROUP, INC., :
UTAH FERTILITY CENTER, P.C., :
COASTAL FERTILITY SPECIALISTS, LLC, :
NEVADA REPRODUCTIVE LABS, :
FOULK & WHITTEN NEVADA CENTER FOR :
REPRODUCTIVE MEDICINE, P.C., :
SEATTLE REPRODUCTIVE MEDICINE, INC., :
REPRODUCTIVE PARTNERS MEDICAL GROUP :
LA JOLLA, INC., AND CENTER FOR :
REPRODUCTIVE MEDICINE, PA., :
:
        Appellees. :
---------------------------------------------------------------x

## ORDER GRANTING DISMISSAL OF APPEAL

      This matter having come before the United States District Court for the District of Delaware (the "Court") on Notice of Dismissal of Appeal (the "Dismissal") of Fertility NewCo LLC ("FNC"), as Appellant; and the Court having considered and reviewed the Dismissal; and finding good cause to grant the relief requested in the Dismissal;

6

NOW THEREFORE IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Appeal in the above-captioned case is hereby dismissed with prejudice.

2. Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

IT IS SO ORDERED.

DATED: December 29, 2020   /s/ Richard G. Andrews
RICHARD G. ANDREWS
U.S. DISTRICT COURT JUDGE